IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| THOMAS WAYNE GRIFFIN, | : | |
| Plaintiff, | : | |
| v. | : | 1:07-CV-9 (WLS) |
| Deputy Warden MURPHY, ET. AL., | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 16), filed June 5, 2007. It is recommended that Plaintiff's motion for a preliminary injunction (Doc. No. 5) be denied. Further, the Magistrate Judge also recommends dismissal of the complaint against the Divisional Defendants of Georgia Department of Corrections (GDOC), the denial of the motion to produce (Doc. No. 4) and the granting of the motion to amend. (Doc. No. 11). Neither Plaintiff, nor Defendants have filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED, ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motion for a preliminary injunction (Doc. No. 5) is **DENIED**; Plaintiff's motion to produce (Doc. No. 4) is **DENIED;** Plaintiff's motion to amend (Doc. No. 11) is **GRANTED**; and the Divisional GDOC Defendants are **DISMISSED.**

SO ORDERED, this 16th day of August, 2007.

W. Louis Sands, Judge
United States District Court