**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

THOMAS WAYNE GRIFFIN, :
:
    Plaintiff, :
:
v. : 1:07-CV-9 (WLS)
:
DEPUTY WARDEN MURPHY, ET. AL., :
:
    Defendants. :
_____ :

## O R D E R

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 55), filed January 31, 2008. It is recommended that Plaintiff's motion to amend the complaint to add a party be denied. (Doc. No. 20). Plaintiff has filed a timely objection to the Report and Recommendation. (Doc. No. 59). Defendants have responded to Plaintiff's objection. (Doc. No. 60).

    Plaintiff's objection is essentially a general attack upon the Magistrate Judge. Plaintiff does not make any legal arguments in response to the Magistrate Judge's findings of fact and conclusions of law. Plaintiff alludes to the fact that Defendants have made admissions concerning some unidentified employee of the Georgia Department of Corrections. In their response, Defendants admit that the complained of act was allegedly committed by an unidentified GDOC employee. How this fact relates to Plaintiff's motion to amend to add a party is not clear.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein and the findings and reasons set out herein. Accordingly, Plaintiff's motion to amend (Doc. No. 20) is **DENIED.**

    SO ORDERED, this  12th  day of March, 2008.

                                                                     /s/W. Louis Sands
                                                                  **W. Louis Sands, Judge**
                                                                  **United States District Court**