IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

THOMAS WAYNE GRIFFIN, :
:
    Plaintiff, :
:
v. : 1:07-CV-9 (WLS)
:
MR. MURPHY, Deputy Warden, Sumter :
County Correctional Institute, ET. AL., :
:
    Defendants. :
_____:

O R D E R

    Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 66), filed August 14, 2008. It is recommended that Defendants' motion for summary judgment (Doc. No. 41) be granted. Neither Plaintiff, nor Defendant has filed an objection to the Recommendation.

    Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. No. 66) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, said motion for summary judgment (Doc. No. 41) is **GRANTED.**

    SO ORDERED, this   12th   day of September, 2008.

                                                    /s/W. Louis Sands
                                                **W. LOUIS SANDS, JUDGE**
                                                **United States District Court**